**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cr-60283-DTKH/AEV
21 U.S.C.§ 841(a)(1)

UNITED STATES OF AMERICA

vs.

DONALD KADER,
_____ Defendant./

FILED by _____ D.C.

DEC - 1 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. -- FT. LAUD.

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

On or about August 5, 2011, in Broward County, in the Southern District of Florida, the defendant,

**DONALD KADER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(E), it is further alleged that this violation involved a mixture and substance containing anabolic steroids.

A TRUE BILL

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

DONALD KADER,

                      **Defendant.**
_____ /

**Case Information:**

**Court Division**: (Select One)

| | | | | New Defendant(s) | Yes ___ No ___ |
|---|---|---|---|---|---|
| ___ | Miami | ___ | Key West | Number of New Defendants | ___ |
| _X_ | FTL | ___ | WPB ___ FTP | Total number of counts | ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _No_
   List language and/or dialect  _____

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _x_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes   _No_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007? ___ Yes   _No_ No

                                                         _/s/ Donald F. Chase, II_
                                                         DONALD F. CHASE, II
                                                         ASSISTANT UNITED STATES ATTORNEY
                                                         Case # A5500077

*Penalty Sheet(s) attached

                                                                                                  REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>DONALD KADER</u>            **Case No**: _____

**Count #**: 1

Possession with intent to distribute anabolic steroids

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(E)

\* **Max.Penalty**: Up to 10 years' imprisonment; up to $500,000 fine; up to 3 years' supervised release.

**Count #**:

\* **Max.Penalty**:

**Count #**:

\* **Max.Penalty**:

**Count #**:

\* **Max.Penalty**:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.