# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE DANIEL T. K. HURLEY

==============================

Case No. 11-60283-CR.  Date: May 9, 2012
(Start Time: 11:20 a.m.)  (End Time: 12:30 p.m.)

Courtroom Deputy: James E. Caldwell  Court Reporter: Pauline Stipes

Language Spoken: English  Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Donald Kader

AUSA: Donald F. Chase, II   DEFENSE COUNSEL: AFPD Samuel J. Smargon

TYPE OF HEARING: Sentencing hearing.

RESULTS OF HEARING: After an inquiry, the defendant was sentenced to imprisonment for 24 months; Supervised Release for 3 years; and $100.00 Special Assessment.

Misc.: